AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO _____

UNITED STATES OF AMERICA,                    **APPEARANCE**

                    v.                    CASE NUMBER: **CR 99-315(DRD)**

   **ANTONIO MUÑIZ-TORRES**

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America.

Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to

be terminated.

August 24th, 2007                    *s// Olga Castellón*
*Date*                                   Olga Castellón - #223701
                                         Special Assistant U.S. Attorney
                                         Torre Chardón Bldg., Suite 1201
                                         #350 Carlos Chardón Avenue
                                         Hato Rey, Puerto Rico  00918
                                         Tel. (787) 766-5656

## CERTIFICATE OF SERVICE

I hereby certify that on August 24th, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to **Miriam R. Ramos-Grateroles, Esquire.**

In San Juan, Puerto Rico, this 24th day of August, 2007.

                        *s//Olga Castellón*
                        Olga Castellón - #223701
                        Special Assistant U.S. Attorney